UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDIA M DUARTE,<br><br>          Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>          Defendant. | Case No. 22-cv-00459-VC<br><br>**ORDER TO SHOW CAUSE** |

The plaintiff filed suit in this case on January 24, 2022, but the plaintiff failed to serve the complaint on the defendant within 90 days. The plaintiff is ordered to show cause as to why the complaint should not be dismissed pursuant to Fed. R. Civ. P. 4(m). The plaintiff must respond within 21 days of this order. Failure to respond will result in a dismissal of this action.

**IT IS SO ORDERED**.

Dated: July 5, 2022

VINCE CHHABRIA
United States District Judge