UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDIA M DUARTE,<br><br>   Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br><br>   Defendant. | Case No. 22-cv-00459-VC<br><br>**ORDER RE MOTION TO EXCEED PAGE LIMIT; ORDER SCHEDULING HEARING ON THE APPEAL**<br><br>Re: Dkt. No. 23 |

  The motion to exceed the page limit for the motion to complete the administrative record is denied. The Court will adjudicate the motion to complete the administrative record along with the appeal itself. The parties may have an additional 10 pages for the opening brief and opposition to address the arguments regarding the administrative record. Duarte may have an additional five pages for the reply.

  In response to the motion to exceed the page limit, the government argued the merits of the motion to complete the administrative record, and Duarte filed a reply. The government's merits arguments and Duarte's reply are stricken.

  The briefing schedule for Duarte's appeal remains in place. A hearing on the appeal will take place on Thursday, June 1, 2023 in Courtroom Four.

  **IT IS SO ORDERED.**

Dated: February 14, 2023

                    _____
                    VINCE CHHABRIA
                    United States District Judge