UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.D.,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>        Defendant. | Case No. 22-cv-00459-VC<br><br>**ORDER GRANTING MOTION TO STAY**<br><br>Re: Dkt. No. 32 |

The motion to stay is granted. The case is stayed until 14 days after the Ninth Circuit issues a ruling in *Duarte v. Kijakazi* (20-0151). The parties should file a status report every three months.

**IT IS SO ORDERED.**

Dated: March 17, 2023

VINCE CHHABRIA
United States District Judge